IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

PAULA D. GREEN                                                                                    PLAINTIFF

v.                                                             CAUSE NO. 1:13CV344-LG-JMR

HUMANA INSURANCE COMPANY                                                      DEFENDANT

## JUDGMENT

This matter having come on to be heard on the Defendant's Motion to Dismiss, the Court, after a full review and consideration of the Motion, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that this cause is **DISMISSED** pursuant to Fed. R. Civ. P. 12(b)(1).

**SO ORDERED AND ADJUDGED** this the 14th day of November, 2013.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE